IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:98CR92 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JEFFREY S. GUNDERSEN, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court regarding the receipt of several items of correspondence from the defendant.  Having considered the matter,

IT IS ORDERED that:

1.  A hearing is scheduled before the undersigned on **November 8, 2007, at 1:00 p.m. (central standard time)** in Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

2.  **The Marshal is directed not to return the defendant to the district; however, the defendant shall appear by telephone.**

3.  David A. Christensen is appointed pursuant to the Criminal Justice Act, to represent the defendant for purposes of this hearing.

4.  The Federal Public Defender shall provide CJA counsel with a voucher.

5.  The Clerk of the Court shall electronically serve a copy of this order to counsel for the government, counsel for the defendant, and the Federal Public Defender.

DATED this 6th day of November, 2007.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge