IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:98CR92 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JEFFREY S. GUNDERSEN, | ) | |
| | ) | |
| Defendant. | ) | |

Before the court is the government's Motion to Continue Hearing (Filing No. 168). Upon consideration:

IT IS ORDERED that:

1. The Motion to Continue Hearing (Filing No. 168) is granted.

2. Defendant's Rule 35 hearing is rescheduled before the undersigned to **July 10, 2009, at 10:00 a.m.,** in Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

3. **The U.S. Marshal is directed to return the defendant to the district for this hearing.**

DATED this 5th day of May, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Judge