IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:98CR92 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| JEFFREY S. GUNDERSEN, | ) | |
| | ) | |
| Defendant. | ) | |

Before the court is defendant's letter/motion to reconsider (Filing No. 179) this court's order (Filing No. 178) denying the defendant's motion to modify or reinstate (Filing No. 177). After reviewing the letter/motion (Filing No. 179), the court is not inclined to reconsider its decision, and again directs the defendant to file any transfer requests with the United States District Court for the Southern District of Iowa, which has jurisdiction over the defendant. Accordingly,

IT IS ORDERED that the defendant's letter/motion to reconsider this court's order (Filing No. 179) is denied.

DATED this 23rd day of July, 2012.

BY THE COURT:


s/ Joseph F. Bataillon
United States District Judge

1