IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,, <br><br> Plaintiffs, <br><br> vs. <br><br> JEFFREY GUNDERSEN, <br><br> Defendant. | **8:98CR92** <br><br> **ORDER** |

This matter is before the Court on Defendant's motion for a copy of Senior United States District Court Judge Joseph Bataillon's "1998 or 1999" decision regarding a suppression hearing ([Filing No. 183](Filing No. 183)). Defendant also requests that the Court waive the fees associated with the cost of the copy. The Court sentenced Defendant on June 24, 1999. (Filing Nos. 114 and 116). At this time, Defendant has no motions or cases pending before this Court, and Defendant makes no showing as to why he needs the requested copy. Accordingly, the Court will deny the motion.

**IT IS ORDERED**:

1. That Defendant's motion for copies ([Filing No. 183](Filing No. 183)) is denied.

2. The Clerk of the Court is directed to mail a copy of this order to Defendant at his last known address.

3. Defendant is free to contact the Clerk's Office for the United States District Court to inquire as to the cost of copies in this matter. Copies will not be provided without pre-payment.

Dated this 13th day of August, 2019.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge